UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-cr-103

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERMAL DANIELS (2) | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's pro se letter requesting transcripts. (Document No. 423). The defendant was re-sentenced on September 22, 2011, after the case was remanded by the Fourth Circuit. (Doc. No. 414: Amended Judgment). The defendant's direct appeal is pending (Doc. No. 417: Notice of Appeal) and his counsel has ordered relevant transcripts (Doc. No. 422: USCA Transcript Order Acknowledgment).

**IT IS, THEREFORE, ORDERED** that the defendant's pro se request for transcripts is **DENIED**.

Signed: January 26, 2012

Robert J. Conrad, Jr.
Chief United States District Judge